In the Matter of ALBERTA R. SMITH, Appellant, against WILLIAM HODSON, as Commissioner of the Department of Welfare of the City of New York, et al., Respondents.

Submitted October 7, 1941; decided November 19, 1941.

*Abraham J. Feitelberg* for appellant.

*William C. Chanler, Corporation Counsel (Charles F. Murphy* and *Paxton Blair* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.